IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLETIS B. GOODMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, SEWARD COUNTY, NEBRASKA, SEWARD COUNTY SHERIFF'S DEPARTMENT, JENNIFER STEHLICK LADMAN,<br><br>               Defendants. | 8:12CV202<br><br>MEMORANDUM AND ORDER |

This matter is before the court on the findings and recommendation of the magistrate judge, Filing No. 23. The magistrate judge concluded that the plaintiff has failed to comply with the court's order to file an amended complaint, failed to maintain communication with the court and opposing counsel, failed to show cause why the action should not be resolved against him, and his counsel, has acted in a manner that interferes with the orderly processes of this court  Accordingly,

IT IS ORDERED that pursuant to Fed. R. Civ. P. 4(m), NECivR 41.2, and Fed. R. Civ. P. 37, the findings and recommendation of the magistrate judge (Filing No. 23) are adopted in their entirety. This case is dismissed in its entirety without prejudice.

Dated this 5th day of April, 2013.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      United States District Judge